Workmen's Compensation Appeal Board of The
Commonwealth of Pennsylvania and Crucible, Inc.
v. Larry R. Dowling, Appellant.

Argued October 31, 1975, before Judges WILKINSON,
JR., ROGERS and BLATT, sitting as a panel of three.

*Philip D. Freedman,* with him *Caldwell, Clouser &
Kearns, William G. Boyle,* and *Meyer, Unkovic & Scott,*
for appellant.

*James N. Diefenderfer,* for appellees.

OPINION BY JUDGE WILKINSON, November 18, 1975:

We have no doubt that had the Workmen's Compensa-
tion Appeal Board had the benefit of Judge MENCER'S
decision, filed August 6, 1975, in *Workmen's Compensa-
tion Appeal Board v. Leuschen,* 21 Pa. Commonwealth
Ct. 39, 342 A.2d 810 (1975), when it ·decided this case
on April 10, 1975, we would not have it here before us
today. The only question involved is whether the referee

or the Board can reduce an attorney's fee when it has been agreed upon by the client and does not exceed twenty per centum (20%). This question was put to rest by *Leuschen, supra.* The fee must be approved under such circumstances.

Accordingly, we enter the following

### ORDER

Now, November 18, 1975, the order of the Workmen's Compensation Appeal Board is reversed and set aside, and the claimant's requested attorney's fee in the amount of $5,500.00, being 20% of the amount awarded, as agreed upon between the parties, is affirmed.